**August E. SCHARTNER, Jr., Petitioner-Appellant,**

v.

**J. J. CLARK, Warden, U. S. Penitentiary, Respondent-Appellee.**

No. 71-2116

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Oct. 19, 1971.

August E. Schartner, Jr., pro se.

John W. Stokes, Jr., U. S. Atty., E. Ray Taylor, Jr., Asst. U. S. Atty., Atlanta, Ga., for respondent-appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

This appeal presents the identical issue decided this day in Schartner v. Smith et al., 450 F.2d 748. For the reasons set out in that opinion, the order appealed from is

Affirmed.